```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT BLUEFIELD
```

TERESA RICHARDSON, et al.,

    Plaintiffs,

v.                                              Civil Action No: 1:13-21821

THE CHURCH OF GOD INTERNATIONAL, et al.,

    Defendants.

### AMENDED MEMORANDUM ORDER AND OPINION

Pending before the court is plaintiffs' motion to continue pretrial, trial, and other proceedings. (Doc. No. 129). For good cause shown, the court hereby **GRANTS** the motion and **ORDERS** as follows:

1. The pretrial conference in this action shall be held on **Thursday, January 21, 2016 at 2 p.m.**

2. A final settlement conference shall be held on **Tuesday, February 9, 2016 at 10:00 a.m.**

3. Trial of this action shall commence at **9:30 a.m. on Wednesday, February 10, 2016 at 9:30 a.m.**

The Clerk is directed to send copies of this Memorandum Opinion and Order to all counsel of record.

**IT IS SO ORDERED** this 4th day of December, 2015.

                                                   Enter:

                                                   */s/ David A. Faber*

                                                   David A. Faber
                                                   Senior United States District Judge